In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No.
06-10-00129-CV

                                                ______________________________

 

 

 

                                       IN
RE:  ALBERT CHARLES GREENWOOD

 

 

                                                                                                  


 

                                                                                                                            


                                                     Original
Mandamus Proceeding

 

                                                                                                  


 

 

 

 

                                          Before
Morriss, C.J., Carter and Moseley, JJ.

                                            Memorandum
Opinion by Justice Moseley

                                                                              

                                                                              








                                                     MEMORANDUM 
OPINION

 

            Albert Charles Greenwood has been
placed under a guardianship, which appointed his wife, Mae Dell Greenwood, as
guardian.  In this petition seeking
mandamus, he argues that the guardianship is improper because there is nothing
to show that he, as the proposed ward, was personally served with citation as
required by Section 633(c) of the Texas Probate Code.  Tex.
Probate Code Ann. § 633(c) (Vernon Supp. 2010).  

            The Court has now received a copy of
an order vacating the guardianship pending proper service of citation, which
was signed on December 17, 2010.  The
petition is accordingly now moot.

            We deny the petition for writ of
mandamus.

 

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date
Submitted:          December 21, 2010

Date
Decided:             December 22, 2010